# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCKADE FRANCHISING, LP<br>PLAINTIFF(S)<br>v.<br>KELLY RESTAURANT GROUP, LLC , et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:19−mc−00158<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 8/6/2019 | | |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

A case−initiating document was submitted without payment of the full filing fee. Within two business days of this notice, counsel must pay the filing fee or file a request to proceed in forma pauperis; otherwise, the docket for this case number will be closed and no further filings will be permitted under this case number. The filing fee may be paid online by docketing the event “Pay Filing Fee.”

A Clerk’s certification of judgment from another district (Form AO 451 or B 265) is missing or incomplete. Counsel must file a completed Form AO 451 or B 265 to properly register a judgment from another district with this Court.

*Other Error(s):*

Clerk, U.S. District Court

Dated: August 8, 2019 By: /s/ *Edwin Sambrano edwin_sambrano@cacd.uscourts.gov*
Deputy Clerk