**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Stockade Franchising, LP<br>PLAINTIFF(S)<br>v.<br>Kelly Restaurant Group, LLC, et al<br>DEFENDANT(S) | CASE NUMBER<br>2:19-mc-00158<br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of scanned document: ______________

Filed date: ______________ Document Number(s): ______________

☐ Incorrect case number ______________ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is ______________

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: ______________

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: ______________ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge ______________ to ☐ Judge ☐ Magistrate Judge ______________ . The initials of the new judge(s) are: ______________

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 19-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number ______________ has been reassigned to new case number ______________ .

☐ Case title is corrected from ______________ to ______________

☐ Document has been re-numbered as document number ______________

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is ______________ .

☐ Document is missing page number(s): ______________

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: ______________

☒ Other: #3 Deficiency re non-payment of fee issued in error. Fee paid 8/6/19. AO 451 in duplicate case, 5:19-mc-10.

CLERK, U.S. DISTRICT COURT

Date: 08/08/2019

By: edwin_sambrano@cacd.uscourts.gov
Deputy Clerk